IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARKANSAS AIR, INC.

VS           NO. 4:03CV00651 GH

GOODMAN HOLDING, COMPANY, a TEXAS
CORPORATION, as GENERAL PARTNER FOR
AMANA COMPANY, L.P.

## **ORDER**

The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice. If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 30 days of this order.

DATED: SEPTEMBER 15, 2005

                                       AT THE DIRECTION OF THE COURT

                                       JAMES W. MCCORMACK, CLERK

                                       BY: /s/ Patricia L. Murray
                                                 COURTROOM DEPUTY CLERK